NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONALIZED MEDIA COMMUNICATIONS, L.L.C.,**
*Appellant*

v.

**AMAZON.COM, INC., AMAZON WEB SERVICES, LLC,**
*Appellees*

---

2016-2606

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01533.

---

**JUDGMENT**

---

STEPHEN SCHREINER, Goodwin Procter LLP, Washington, DC, argued for appellant. Also represented by WILLIAM M. JAY, JENNIFER A. ALBERT, CE LI; DAVID ZIMMER, DOUGLAS J. KLINE, Boston, MA.

COLIN B. HEIDEMAN, Knobbe, Martens, Olson & Bear, LLP, Seattle, WA, argued for appellees. Also represented

by JOSEPH R. RE, JEREMY ANGUS ANAPOL, BRENTON R. BABCOCK, JOSEPH S. CIANFRANI, Irvine, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |